IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES V. SMITH, JR.,

      Plaintiff,

v.                                  CASE NO. 4:15cv53-RH/CAS

ADAM VAN et al.,

      Defendants.

_____/

## ORDER DENYING THE MOTION TO DISMISS

This case is before the court on the magistrate judge's report and recommendation, ECF No. 43. No objections have been filed. As set out in the report and recommendation, the defendants have not carried their burden to show that the plaintiff failed to exhaust available administrative remedies. Accordingly,

IT IS ORDERED:

The report and recommendation is accepted. The motion to dismiss, ECF No. 31, is denied. The defendants must file an answer to the complaint by July 28, 2016. This matter is remanded to the magistrate judge for further proceedings.

SO ORDERED on July 7, 2016.

                                      s/Robert L. Hinkle
                                      United States District Judge